**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Mary Anne Goldsmith Beeson, Appellant,

v.

Joseph Alford Crews Beeson, Respondent.

Appellate Case No. 2014-001983

---

Appeal From Anderson County
Edgar H. Long, Jr., Family Court Judge

---

Unpublished Opinion No. 2015-UP-567
Submitted October 1, 2015 – Filed December 23, 2015

---

**AFFIRMED**

---

J. Falkner Wilkes, of Greenville, for Appellant.

David James Brousseau, of McIntosh, Sherard, Sullivan & Brousseau, of Anderson, for Respondent.

---

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Crossland v. Crossland*, 408 S.C. 443, 451, 759 S.E.2d 419, 423 (2014) ("In appeals from the family court, this [c]ourt reviews factual and legal issues de novo."); *Mick-Skaggs v. Skaggs*, 411 S.C. 94, 101, 766 S.E.2d 870, 873, (Ct. App. 2014) ([D]e novo review neither relieves an appellant of demonstrating error nor requires us to ignore the findings of the family court."); S.C. Code Ann. §

20-3-620(C) (2014) ("The [family] court's order as it affects distribution of marital property shall be a final order not subject to modification except by appeal or remand following proper appeal."); *Simpson v. Simpson*, 404 S.C. 563, 571, 746 S.E.2d 54, 58-59 (Ct. App. 2013) ("[T]he law in South Carolina is exceedingly clear that the family court does not have the authority to modify court ordered property divisions." (quoting *Green v. Green*, 327 S.C. 577, 581, 491 S.E.2d 260, 262 (Ct. App. 1997))).

**AFFIRMED.**[1]

**FEW, C.J., and KONDUROS and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.